### WALKER v. MARTIN.

ATKINSON, J. There was no error assigned upon any ruling made during the trial. The evidence was sufficient to support the verdict, and there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 1826. NOVEMBER 11, 1920.

Claim. Before Judge Hodges. Walton superior court. November 29, 1919.

*Rogers & Knox,* for plaintiff in error. *John J. Avret,* contra.